UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JOHNSON, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GRANCARE, LLC, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-03585-RS<br><br>**STANDBY ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 27 |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by October 10, 2016.   If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **October 13, 2016, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

　　**IT IS SO ORDERED.**

Dated: August 5, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Richard Seeborg
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge