1  Alexander F. Giovanniello (CSB # 125562)
   Thomas C. Swann (CSB #229422)
2  **GIOVANNIELLO LAW GROUP**
   One Pointe Drive, Suite 300
3  Brea, California 92821

4  Ph: (714) 364-4000
   Fax: (714) 364-4001
5
   Attorneys for Defendants:
6  GRANCARE, LLC dba VALE HEALTHCARE CENTER;
   MARINER HEALTH CARE MANAGEMENT COMPANY
7  AND REMY RHODES

8

9                    **UNITED STATES DISTRICT COURT**

10                    **NORTHERN DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  WILLIE JOHNSON, by and through his Successor in Interest, Velma Bagby; VELMA BAGBY, individually; WILLIAM JOHNSON, Sr., individually; VERONICA HUDSON, individually; ELDRIDGE JOHNSON, individually; CYNTHIA MACKEY, individually; and LATONYA MORRIS, individually; WILLIE JOHNSON, individually; ARLANA JOHNSON, individually; SHONDA JOHNSON, Individually; and, AZALIA JOHNSON | Case No.: 3:15-CV-03585-RS ORDER JOINT STIPULATION TO DISMISS WITH PREJUDICE THE ENTIRE ACTION AS TO ALL DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 |
| Plaintiffs, | |
| vs. | |
| GRANCARE, LLC dba VALE HEALTHCARE CENTER; MARINER HEALTH CARE MANAGEMENT COMPANY; MARINER HEALTH CARE, INC.; FAS, LLC.; REMY RHODES; and DOES 1-100. | DEPT: Courtroom 3 – 17th Floor |
| Defendants. | JUDGE: Hon. Richard Seeborg |

26

27     WHEREAS on August 4, 2016, Plaintiffs WILLIE JOHNSON, by and through his

28  Successor in Interest, Velma Bagby; VELMA BAGBY, individually; WILLIAM JOHNSON,

---

1

JOINT STIPULATION TO DISMISS WITH PREJUDICE THE ENTIRE ACTION AS TO ALL DEFENDANTS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

1  Sr., individually; VERONICA HUDSON, individually; ELDRIDGE JOHNSON, individually;
2  CYNTHIA MACKEY, individually; and LATONYA MORRIS, individually; WILLIE
3  JOHNSON, individually; ARLANA JOHNSON, individually; SHONDA JOHNSON,
4  Individually; and, AZALIA JOHNSON (hereinafter "Plaintiffs") and Defendants GRANCARE,
5  LLC dba VALE HEALTHCARE CENTER AND REMY RHODES (hereinafter "Defendants")
6  filed a joint stipulation and order dismissing the Elder Abuse and Violation of Patient's Rights
7  causes of action with prejudice.
8       WHEREAS, pursuant to Federal Rule of Civil Procedure 41, Plaintiffs now dismiss the
9  entire action with prejudice as to all Defendants.

11  **IT IS SO STIPULATED.**

13  Dated: August 26, 2016                    **LANZONE MORGAN**

                                              By: _____
                                              Anthony C. Lanzone
                                              Attorney for Plaintiffs
                                              WILLIE JOHNSON, by and through his Successor
                                              in Interest, Velma Bagby; VELMA BAGBY,
                                              individually; WILLIAM JOHNSON, Sr.,
                                              individually; VERONICA HUDSON, individually;
                                              ELDRIDGE JOHNSON, individually; CYNTHIA
                                              MACKEY, individually; and LATONYA
                                              MORRIS, individually; WILLIE JOHNSON,
                                              individually; ARLANA JOHNSON, individually;
                                              SHONDA JOHNSON, Individually; and, AZALIA
                                              JOHNSON

24  Dated: August 31, 2016                   **GIOVANNIELLO LAW GROUP**

                                              By: _____
                                              Alexander F. Giovanniello
                                              Thomas C. Swann
                                              Attorneys for Defendants
                                              GRANCARE, LLC dba VALE HEALTHCARE
                                              CENTER and REMY RHODES

2

JOINT STIPULATION TO DISMISS WITH PREJUDICE THE ENTIRE ACTION AS TO ALL DEFENDANTS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41

1  IT IS SO ORDERED:

2
           October 11,
3  Dated: ~~August~~ _____, 2016

4
                          By: /s/ Richard Seeborg
5                             Hon. Richard Seeborg
                              Judge of the United States District Court
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3
JOINT STIPULATION TO DISMISS WITH PREJUDICE THE ENTIRE ACTION AS TO ALL DEFENDANTS
              PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41